# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRENDAN SMITH,** individually and on behalf of all others similarly situated<br><br>v.<br><br>**NATIONWIDE MUTUAL INSURANCE COMPANY** | **CIVIL ACTION**<br><br>**NO. 19-1217** |

## ORDER RE: MOTION TO DISMISS

And now this 24th day of June, 2019, upon consideration of Defendant's Motion to Dismiss (ECF 3), Plaintiff's Response thereto (ECF 6), Defendant's Reply thereto (ECF 9), and Plaintiff's Surreply (ECF 12), and for the reasons laid out in the accompanying memorandum, it is hereby ORDERED that Defendant's Motion is DENIED.

BY THE COURT:

/s/ Michael M. Baylson
Michael M. Baylson, U.S.D.J.

O:\CIVIL 19\19-1217 Smith v. Nationwide\19cv1217 MTD Order.docx