IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRENDAN SMITH**, individually and on behalf of all others similarly situated<br><br>v.<br><br>**NATIONWIDE MUTUAL INSURANCE COMPANY** | **CIVIL ACTION**<br><br>**NO. 19-1217** |

**ORDER RE: PLAINTIFF'S MOTION TO AMEND
CLASS ACTION COMPLAINT**

**AND NOW**, on this 6th day of January, 2022, for the reasons stated in the foregoing Memorandum and upon careful consideration of Plaintiff Brendan Smith's Motion to Amend Class Action Complaint (ECF 47) and Defendant Nationwide Mutual Insurance Company's Response (ECF 50), it is hereby **ORDERED** that Plaintiff's Motion is **DENIED**.

BY THE COURT:

/s/ MICHAEL M. BAYLSON
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 19\19-1217 Smith v. Nationwide Mutual Insurance Company\19cv1217 Order re Motion to Amend.docx